IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN E. WATKINS,
EDWARD LEE MCCLOUD,
OWEN DENSON,
and ROBERT M. SHEPARD,

        Plaintiffs,

vs.                                             CASE NO. 4:12-cv-70-SPM/GRJ

GOVERNOR RICK SCOTT, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 7). Plaintiffs were furnished a copy and filed objections (doc. 8).

Upon consideration, and despite the Plaintiffs' objections, I have determined that the Report and Recommendation is correct and should be adopted. The Eleventh Circuit prohibits prisoners seeking to proceed in forma pauperis from joining together as plaintiffs in a single law suit. Hubbard v. Haley, 262 F.3d 1194 (11th Cir. 2001). Accordingly, it is hereby

ORDERED and ADJUDGED:

1.    The Magistrate Judge's Report and Recommendation (doc. 7) is

**adopted** and incorporated by reference into this order.

2. This case is **dismissed** without prejudice to Plaintiffs' right to proceed in separate lawsuits.

DONE AND ORDERED this 13th day of March, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge